[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-10463
Non-Argument Calendar

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 3, 2005
THOMAS  K. KAHN
CLERK

BRB Nos. 04-02057
& 04-0785

IMC GLOBAL, INC.,
TRAVELERS PROPERTY & CASUALTY CORPORATION,
d.b.a. Constitution State Service Company,

                                                        Petitioners,

versus

BENEFITS REVIEW BOARD,
THOMAS F. SZADA, JR.,
DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,

                                                        Respondents.

_____

Petition for Review of the Decision
of the Benefits Review Board

_____

**(August 3, 2005)**

Before TJOFLAT, DUBINA and COX, Circuit Judges.

PER CURIAM:

I.M.C., Global Inc. and Travelers Property & Casualty Corporation appeal the decision of the U.S. Department of Labor Benefits Review Board affirming the findings of fact and conclusions of law made by the Administrative Law Judge on Thomas F. Szada Jr.'s claim for benefits and attorneys' fees under the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 901, et seq. We have considered the briefs, and relevant parts of the record, and find no reversible error. The decision and order of the Benefits Review Board is, therefore,

AFFIRMED.